RECEIVED
JUN 11 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

NICHOLAS COURVILLE,　　　　　　　　CIVIL ACTION
　　　Plaintiff　　　　　　　　　　　SECTION "P"
　　　　　　　　　　　　　　　　　　　NO. 1:14-CV-02190
VERSUS

CORRECTIONS CORPORATION OF　　　　JUDGE JAMES T. TRIMBLE, JR.
AMERICA, et al.,　　　　　　　　　　MAGISTRATE JUDGE JAMES D. KIRK
　　　Defendants

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 10) is GRANTED and Courville's action against the Louisiana Department of Public Safety and Corrections is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11th day of June 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE