RECEIVED
JUN 15 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NICHOLAS COURVILLE | CIVIL ACTION NO. 1:14-CV-02190 |
| VERSUS | JUDGE TRIMBLE |
| KATHY RICHARDSON, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment (Doc. 34) is GRANTED and Courville's § 1983 action is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Courville's state law claims are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 15th day of June 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE